**Order entered February 3, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01091-CR

**DANIEL PAUL RAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 77th District Court**
**Limestone County, Texas**
**Trial Court Cause No. 15487-A**

### ORDER

Appellant's second motion for extension of time to appellant's brief is

**GRANTED**, and we **ORDER** appellant's brief filed on or before March 13, 2023.

/s/    ROBERT D. BURNS, III
           CHIEF JUSTICE